# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al.,<br>Plaintiffs,<br>vs.<br>Central Power Electric Cooperative, Inc.,<br>(CPEC), et. al.,<br>Defendants. | **ORDER**<br><br>Case No. 4:09-cv-021 | |
| CPEC v.<br>Cecil L. Jeannotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-055 |
| CPEC v.<br>Corey J. Hall, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-061 |
| CPEC v.<br>Cecil L. Jeannotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-073 |
| CPEC v.<br>Howard Longie, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-076 |
| CPEC v.<br>Est of Marie M. Jeanotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-077 |
| CPEC v.<br>Donna M. Anderson, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-078 |
| CPEC v.<br>Pete Barnett, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-084 |
| CPEC v.<br>John E. Monette, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-098 |
| CPEC v.<br>Ophelia Dixon Navarro, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-100 |
| CPEC v.<br>Kimberly Blackwell, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-101 |
| CPEC v.<br>Dustin Decoteau, et. al., | Plaintiff,<br>Defendants. | Case No. 4:12-cv-004 |

The court shall conduct a status conference in the above-entitled actions on August 2, 2012, at 11:00 a.m. CDT. The court shall initiate the conference call. Any defendants who have appeared

*pro se* that want to participate in the conference call should provide the court with a telephone number at which they can be reached.

    **IT IS SO ORDERED.**

    Dated this 17th day of July, 2012.

                                    */s/ Charles S. Miller, Jr.*
                                    Charles S. Miller, Jr.
                                    United States Magistrate Judge