**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al., ) | | |
| ) | **ORDER** | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| Central Power Electric Cooperative, Inc., ) | | |
| (CPEC), et. al., ) | Case No. 4:09-cv-021 | |
| ) | | |
| Defendants. ) | | |

| | | |
|---|---|---|
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-055 |
| Cecil L. Jeannotte, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-061 |
| Corey J. Hall, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-073 |
| Vernella Jeannotte, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-076 |
| Howard Longie, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-077 |
| Est of Marie M. Jeanotte, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-078 |
| Donna M. Anderson, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-084 |
| Pete Barnett, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-098 |
| John E. Monette, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-100 |
| Ophelia Dixon Navarro, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:11-cv-101 |
| Kimberly Blackwell, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:12-cv-004 |
| Dustin Decoteau, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:12-cv-005 |
| Nick K. Wilkie, et. al., | Defendants. ) | |
| CPEC vs. | Plaintiff, ) | Case No. 4:12-cv-006 |
| Roland Davis, et. al., | Defendant. ) | |

On January 22, 2013, the parties filed a Joint Stipulation Staying All Deadlines. They advise

1

the court that the parties have reached an agreement to resolve the above-named cases and ask all deadlines in these cases be stayed pending their submission of the final settlement paperwork. The court **ADOPTS** the parties' stipulation. All pending pretrial deadlines shall be stayed and pending motions shall be held in abeyance until further order of the court. The February 20, 2013, bench trial on the issue of use necessity is canceled. The final pretrial conference and jury trials in Case Nos. 4:09-cv-021, 4:11-cv-055, 4:11-cv-073, 4:11-cv-098, 4:11-cv-076, 4:11-cv-084, and 4:11-cv-101, are also canceled.

Dated this 23rd day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court